UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONDO SHANE KAI VALDEZ,

    Petitioner,

v.

ERIC JACKSON,

    Respondent.

CASE NO. 3:21-cv-05325-RSM-BAT

**ORDER REFERRING THE CASE TO THE NINTH CIRCUIT AND CLOSING CASE**

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The present habeas petition is second or successive and is referred to the Court of Appeals for the Ninth Circuit.

(3) The Clerk shall close the case and provide a copy of this Order to the parties.

Dated this 1st day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE